UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TODD MIRABELLA,

                              Plaintiff,

vs.

CORRECTION OFFICER O'KEENAN; CORRECTION
OFFICER JOSBURG; CORRECTION OFFICER
STACHEWIC; CORRECTION OFFICER ROACH;
SERGEANT BROWN; SUPERINTENDENT DALE
ARTUS; DEPUTY SUPERINTENDENT IN CHARGE OF        **Docket No. 15-cv-142-WMS**
SECURITY SETWART ECKERT; "D" BLOCK
SERGEANT BROWN CAPTAIN JAMES GILMORE;
LIEUTENANT INVESTIGATING MARCH 3,
GRIEVANCE JOHN DOE #1; CORRECTION
OFFICIALS ##1-20,

                              Defendants.
_____

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| MOTION BY: | Defendants SCOTT BROWN and DANIEL KIENER |
| RELIEF SOUGHT: | Summary Judgment pursuant to FRCP 56 |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Honorable William M. Skretny<br>United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann; Declaration of Daniel Kiener; and the Declaration of Scott Brown. |

Pursuant to Local Rule 7(a)(1), notice is hereby given that defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to the return date of the motion unless otherwise ordered by the Court

DATED:      Buffalo, New York
            February 6, 2018


                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              Attorney for SCOTT BROWN and
                              DANIEL KIENER
                              BY:


                              /s/ George Michael Zimmermann
                              GEORGE MICHAEL ZIMMERMANN
                              Assistant Attorney General of Counsel
                              Main Place Tower, Suite 300A
                              350 Main Street
                              Buffalo, NY 14202
                              (716) 853-8444

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on February 6, 2018, I electronically filed the foregoing along with the Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann; Declaration of Scott Brown; and the Declaration of Daniel Kiener, with attachments with the Clerk of the District Court using its CM/ECF system and thereby provided service on the following CM/ECF participant:

Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
718-852-3710
lglickman@stollglickman.com

       And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

DATED:      Buffalo, New York
               February 6, 2018

                                /s/ George Michael Zimmermann
                                GEORGE MICHAEL ZIMMERMANN
                                Assistant Attorney General of Counsel
                                Main Place Tower, Suite 300A
                                350 Main Street
                                Buffalo, NY 14202
                                (716) 853-8444
                                George.Zimmermann@ag.ny.gov