

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Hon. William M. Skretny                                         February 28, 2018
United States District Judge
Eastern District of New York
2 Niagara Square
Buffalo, NY 14202
By ECF

Re:   **Mirabella v. Brown and Kiener** 15-cv-142 S(F)

Your Honor --

With defendants' consent, plaintiff writes to ask for a 30 day extension of time to respond to defendants' Motion for Summary Judgment. The current deadline is March 6. This is the first such request.

Plaintiff asks for this additional time because our firm is currently in the process of moving our offices, and is demanding more time than expected.  We of course also request that defendants' time to reply be extended accordingly.

 We thank the court for its consideration.


Sincerely,
            /S/
_____
Leo Glickman
Attorney for Plaintiff